· In the Matter of the Claim of Gasper Gona, Respondent, v. Frank Mistretta and Another, Appellants. State Industrial Board, Respondent.— Award reversed and claim remitted, without costs. · All concur.

In the Matter of the Claim of Jennie Goodwin,· Respondent, v. William Petznick and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Julius Gotthelf, Respondent, v. Wolf Goldberg and Others, Appellants. State Industrial Board, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless within thirty days the appellants perfect their appeal and pay said costs, in which event motion is denied.

In the Matter of the Claim of Nellie M. Grant, Respondent, v. Union Explosives Company, Defendant, and United States Fidelity and Guaranty Company, Insurance Carrier, Appellant. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Isadore Greenberg, Respondent, v. American Window Cleaning Company and Another, Appellants. State Industrial Board, Respondent.— Motion denied.

In the Matter of the Claim of Mrs. Necha Gross and Howard Sutherland, as Alien Property Custodian of the United States of America, Respondents, v. Abraham Baratz and Another, Appellants. State Industrial Board, Respondent.— Motion granted, unless within thirty days appellants perfect their appeal, in which event motion is denied.

In the Matter of the Claim of John Haggerty, Respondent, v. Cohoes Envelope Company, Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of William Alexander, Respondent, v. Jacob Ullman and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Mary Hamill, Respondent, v. Moredall Realty Company and Another, Appellants. State Industrial Board, Respondent.— Motion denied.

In the Matter of the Claim of Mrs. Patrick E. Harrigan, Respondent, v. H. B. Conkling and Another, Appellants. State Industrial Board, Respondent.— Motion denied.

In the Matter of the Claim of Rose Harvey, Respondent, v. Knickerbocker Slate Company and Another, Appellants. State Industrial Board, Respondent.— Motion denied.

In the Matter of the Claim of Robert Haskins, Respondent, v. Calasuonno & Labrillie and Another, Appellants. State Industrial Board, Respondent.— Award as to the Eagle Indemnity Company reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence that the insurance policy covered the accident in question. All concur.

Leon D. Hoadley, Appellant, v. Elsie Rebecca Hoadley, Respondent.— Motion for leave to appeal to the Court of Appeals granted.